O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     EDCV 07-01071-SGL (OPx)                                    Date:  November 26, 2008

Title:     RICHARD SPURLING -v- BRINK'S INCORPORATED, a Delaware corporation; ~~LESLIE POPIELUCH~~; and DOES 1-100, inclusive
================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

   Jim Holmes           None Present
   Courtroom Deputy Clerk      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

None present             None present

PROCEEDINGS:     ORDER & NOTICE RESETTING DATE FOR PRETRIAL CONFERENCE
          (IN CHAMBERS)

  Counsel are hereby notified that, upon the court's own motion, the pretrial conference presently scheduled for January 19, 2009, is continued on calendar to February 2, 2009, at 11:00 a.m., the trial date of February 10, 2009, at 9:30 am.., remains as previously set.

  IT IS SO ORDERED.