**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| RICHARD SPURLING, | Case number EDCV 07-01071 SGL (OPx) |
| Plaintiff, | |
| vs. | **Order on Post-Trial Motions** |
| BRINKS, INCORPORATED, a Delaware corporation, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant's Renewed Motion for Judgment as a Matter of Law, Defendant's Motion to Alter or Amend the Judgment and Plaintiff's Motion for Attorney's Fees came for a regular hearing before this Court on August 3, 2009.

Plaintiff and defendant appeared through counsel and oral argument was heard. The Court made the following rulings:

1. Defendant's Renewed Motion for Judgment as a Matter of Law is DENIED;
2. Defendant's Motion to Alter or Amend the Judgment is DENIED;
3. Plaintiff's Motion for Attorneys' Fees is GRANTED;
4. Michael Eisenberg's hourly rate of $495 for the 232.3 hours he spent working on this case is reasonable;
5. Michael Kopple's hourly rate of $450 for the 174.1 hours he spent working on this case is reasonable;

6. Joseph Socher's hourly rate of $350 for the 402.2 hours he spent working on this case is reasonable;

7. As such, plaintiff's counsel's lodestar amount of fees is $334,103.50;

8. Based on the totality of circumstances, the Court finds that a 1.5 multiplier should be applied to plaintiff's lodestar fee amount; and

9. Therefore, Plaintiff is awarded $501,155.25 in attorneys' fees against Defendant, Brinks Incorporated.

IT IS SO ORDERED.

Dated: August 20, 2009

Hon. Stephen G. Larson